## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SII LIQUIDATION COMPANY, | ) | CASE NO. 10-60702 |
| | ) | |
| Debtor. | ) | ADV. NO. 14-6024, 14-6025 |
| ------------------------------------------------- | ) | |
| SCHWAB INDUSTRIES, INC., | ) | JUDGE RUSS KENDIG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HUNTINGTON NATIONAL BANK, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| ------------------------------------------------- | ) | |

### HLP DEFENDANTS' MOTION FOR A TELEPHONIC STATUS CONFERENCE TO DISCUSS PENDING SANCTIONS PROCEEDINGS AND RECENT NOTICES OF APPEAL FILED BY PLAINTIFF AND ITS COUNSEL

The HLP Defendants respectfully request that the Court schedule a telephonic status conference to occur on June 19 or 20, 2017, subject to the Court's availability.

On May 30, 2017, the Court granted the HLP Defendants' motion for sanctions (ECF 113, 114.) The Court directed the HLP Defendants to file an itemization of fees and expenses incurred by no later than June 26.

In the meantime, Plaintiff and its counsel filed three separate improper notices of appeal of the Court's sanctions order (ECF 117, 119, 120.). The first two notices purported to appeal directly to the Sixth Circuit Court of Appeals (ECF 117, 119.). The third notice of appeal, which was filed on the fifteenth day following this Court's sanction order, is a handwritten form electing to appeal to the District Court (ECF 120.). The District Court appeal was initially assigned to Judge Adams, who recused himself.

The District Court appeal is now pending before District Judge Benita Y. Pearson in

Youngstown, Case No. 5:17-cv-01255-BYP.  Judge Pearson is the third District Judge

that will have to consider an appeal in this case.

In light of these developments, the HLP Defendants request a telephonic status

conference. The HLP Defendants would be pleased to provide conference call dial-in

information to the Court and to counsel for the parties.  A proposed order is attached as

Exhibit A, and has been submitted to the Court.

Dated:  June 16, 2017          Respectfully submitted,

*/s/ Michael A. VanNiel*_____
Daniel R. Warren (0054595)
Michael A. VanNiel (0073948)
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740
Email: dwarren@bakerlaw.com
Email: mvanniel@bakerlaw.com

*Attorneys for defendants Hahn Loeser & Parks*
*LLP, Lawrence E. Oscar, and Andrew Krause*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2017, a true and correct copy of the foregoing HLP Defendants' Motion for a Telephonic Status Conference to Discuss Pending Sanctions Proceedings and Recent Notices of Appeal Filed by Plaintiff and Its Counsel was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's electronic Mail Notice List:

Daniel R. Warren on behalf of defendants Hahn Loeser & Parks LLP, Lawrence E. Oscar, and Andrew Krause at dwarren@bakerlaw.com

Thomas D. Warren on behalf of defendants Hahn Loeser & Parks LLP, Lawrence E. Oscar, and Andrew Krause at twarren@bakerlaw.com

Michael A. VanNiel on behalf of defendants Hahn Loeser & Parks LLP, Lawrence E. Oscar, and Andrew Krause at mvanniel@bakerlaw.com

Andrew Nicoll on behalf of defendant Huntington National Bank at anicoll@porterwright.com

Matthew D. Greenwell on behalf of plaintiff Schwab Industries, Inc. at Matt@cvlongolaw.com and matt@mgreenwelllaw.com

Charles V. Longo on behalf of plaintiff Schwab Industries, Inc. at cvlongo@cvlongolaw.com

Richard S. Lauter Esq., on behalf of John D. Pidcock, Trustee at Freeborn & Peters LLP at rlauter@freeborn.com

United States Trustee on behalf of United States Trustee at (Registered Address)@usdoj.gov

Via regular U.S. Mail on the following entities and individuals:

Charles V. Longo
25550 Chagrin Blvd., Ste 320
Beachwood, OH 44122

Matthew D. Greenwell
1200 Ontario St., 11th Floor
Cleveland, OH 44114


*/s/ Michael A. VanNiel*
Daniel R. Warren (0054595)
Michael A. VanNiel (0073948)

*Attorneys for defendants Hahn Loeser & Parks LLP, Lawrence E. Oscar, and Andrew Krause*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SII LIQUIDATION COMPANY, | ) | CASE NO. 10-60702 |
| | ) | |
| Debtor. | ) | ADV. NO. 14-6024, 14-6025 |
| ----------------------------------------------- | ) | |
| SCHWAB INDUSTRIES, INC., | ) | JUDGE RUSS KENDIG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HUNTINGTON NATIONAL BANK, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| ----------------------------------------------- | ) | |

**ORDER GRANTING HLP DEFENDANTS' MOTION FOR A TELEPHONIC
STATUS CONFERENCE TO DISCUSS PENDING SANCTIONS
PROCEEDINGS AND RECENT NOTICES OF APPEAL FILED BY PLAINTIFF
AND ITS COUNSEL**

This matter came before the Court upon the motion of defendants Hahn Loeser &

Parks LLP, Lawrence E. Oscar, and Andrew Krause (HLP defendants) for a telephonic

status conference to discuss pending sanctions proceedings and recent notices of appeal

filed by Plaintiff and its counsel.  The Court having considered the motion, it is hereby ORDERED:

1.      The motion is GRANTED.

2.      A telephonic status conference will be conducted by the Court in this matter on June _____, 2017 at _____ a.m./p.m.  Counsel for the HLP defendants shall provide a conference call number and dial-in information to the Court and to counsel for all parties of record.

**IT IS SO ORDERED.**

###

Prepared and submitted by:

*/s/ Michael A. VanNiel*_____
Daniel R. Warren (0054595)
Michael A. VanNiel (0073948)
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740
Email: dwarren@bakerlaw.com
Email: mvanniel@bakerlaw.com

*Attorneys for defendants Hahn Loeser & Parks LLP,*
*Lawrence E. Oscar, and Andrew Krause*